**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daniel J. Burrough, | ) | No. CV-10-2045-PHX-DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| First Horizon Home Loan Corp; Mortgage Electronic Registration Systems Inc.; Everhome Mortgage Company; and Does 1 through 25, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff filed a complaint against Defendants on August 19, 2010.  Doc. 1 at 9-41.

On November 23, 2010, Plaintiff filed a notice of voluntary dismissal as to all Defendants

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Doc. 9.  No Defendant

has filed an answer or a motion for summary judgment.

**IT IS THEREFORE ORDERED:**

1.      The motion to dismiss pursuant to Rule 12(b)(6) (Doc. 6) is **denied** as moot.

2.      This action is voluntarily **dismissed** without prejudice pursuant to Rule

41(a)(1).

DATED this 9th day of December, 2010.

David G. Campbell
United States District Judge